IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEFFREY JOEL JUDY,

    Plaintiff,

v.                                     CASE NO. 1:10-cv-00057-MP-AK

MUTUAL INVESTMENT PROPERTIES INC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Notice of Voluntary Dismissal With Prejudice by Jeffrey Joel Judy, Doc. 5. There has been no answer or motion for summary judgment filed by any party opposed to the Plaintiff. Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), leave of this Court is not necessary to dismiss the case. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Notice of Voluntary Dismissal With Prejudice, Doc. 5, is ACCEPTED.

2. This case is DISMISSED WITH PREJUDICE.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this *14th* day of May, 2010

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge